NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TRAXCELL TECHNOLOGIES, LLC,**
*Plaintiff-Appellant*

**v.**

**AT&T INC.,**
*Defendant*

**SPRINT COMMUNICATIONS COMPANY LP, SPRINT SPECTRUM, LP, SPRINT SOLUTIONS, INC., VERIZON WIRELESS PERSONAL COMMUNICATIONS, LP,**
*Defendants-Appellees*

---

2023-1246, 2023-1436

---

Appeals from the United States District Court for the Eastern District of Texas in Nos. 2:17-cv-00718-RWS-RSP, 2:17-cv-00719-RWS-RSP, 2:17-cv-00721-RWS-RSP, Judge Robert Schroeder III.

---

## JUDGMENT

---

WILLIAM PETERSON RAMEY, III, Ramey LLP, Houston, TX, argued for plaintiff-appellant.

BRIAN DAVID SCHMALZBACH, McGuireWoods LLP, Richmond, VA, argued for all defendants-appellees. Defendants-appellees Sprint Communications Company LP, Sprint Spectrum, LP, Sprint Solutions, Inc. also represented by DAVID EVAN FINKELSON; TYLER VANHOUTAN, Houston, TX.

JACOB KEVIN BARON, Holland & Knight LLP, Boston, MA, for defendant-appellee Verizon Wireless Personal Communications, LP. Also represented by JOSHUA C. KRUMHOLZ, ALLISON LUCIER.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, HUGHES, and CUNNINGHAM, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

July 13, 2023          /s/ Jarrett B. Perlow
Date                   Jarrett B. Perlow
                       Clerk of Court